THE PALMER FIRM, P.C.
MIRUNA MIHAI, SBN 250696
MMIHAI@LAWFIRMLD.COM
11690 PACIFIC AVENUE, SUITE 110
FONTANA, CA 92337
Telephone: (909)581-7348
Facsimile: (909)581-7534

THE SEIDEMAN LAW FIRM, P.C.
GREGORY M. FITZGERALD, SBN 153082
GFITZGERALD@SEIDLAW.COM
WILLIAM J. CAMPBELL, SBN 248729
WCAMPBELL@SEIDLAW.COM
11690 PACIFIC AVENUE, SUITE 110
FONTANA, CA 92337
Telephone: (909) 581-7348
Facsimile: (909) 581-7534

ATTORNEYS FOR PLAINTIFF: MARIA VIRATA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| MARIA VIRATA, | ) Case No. 8:12-cv-01503-AG-RNB |
| PLAINTIFF, | ) JOINT STIPULATION AND MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE |
| VS. | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, HSBC BANK USA, N.A., PHILLIPS & COHEN ASSOCIATES, LTD., DOES 1 THROUGH 100, INCLUSIVE, DEFENDANT | |

Defendants PORTFOLIO RECOVERY ASSOCIATES, LLC, HSBC BANK USA, N.A., PHILLIPS & COHEN ASSOCIATES, LTD., and

Plaintiff MARIA VIRATA, by and through their designated counsel of record, hereby stipulate and agree that the above-captioned action be dismissed with prejudice pursuant to FRCP 41(a)(1), and jointly move this court for an order of dismissal with prejudice.

This stipulation and joint motion for dismissal with prejudice is based on the fact that the parties have resolved this action in its entirety. As part of said resolution, the parties agree to dismiss this action, in its entirety, with prejudice. The parties request that the court retain jurisdiction for purposes of enforcement of the settlement.

Dated: October 30, 2012      The Palmer Firm, P.C.


                                    /s/William J. Campbell
                                    William J. Campbell
                                    Attorney for Plaintiff
                                    MARIA VIRATA

Dated: October 30, 2012      Portfolio Recovery
                             Associates, LLC

```
                                /s/ Rami N. Haddad

                                Rami N. Haddad
                                Attorney for Defendant
                                Portfolio Recovery
                                Associates, LLC

Dated: October 30, 2012         Phillips & Cohen
                                Associates, Ltd.


                                /s/ Albert Limberg

                                Albert Limberg
                                Attorney for Defendant
                                Phillips & Cohen
                                Associates, Ltd.


Dated: October 30, 2012         HSBC Bank USA, N.A.


                                /s/ Gregory Korman

                                Gregory Korman
                                Attorney for Defendant
                                HSBC Bank USA, N.A.
```